IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAILEY,                               No. 2:13-cv-2166-JAM-CMK

       Plaintiff,

   vs.                                                  <u>ORDER</u>

NATIONSTAR MORTGAGE, LLC, et al.,

       Defendants.

_____/

       Plaintiff, proceeding pro se, brings this civil action.  This action was removed to this court on October 17, 2013, from the Shasta County Superior Court.  Pending before the court is defendants' motion to dismiss (Doc. 6).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 11, 2013, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

       IT IS SO ORDERED.

DATED:  December 3, 2013

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE