James Bailey
5095 Debbie Lane
Redding, California 96002

(530) 355-5902

Plaintiff in *pro per*

FILED

FEB 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, REDDING DIVISION

| | |
|---|---|
| JAMES BAILEY, an individual, | Case No. 2:13-CV-02166 JAM (CMK) |
| Plaintiff, | |
| vs. | PLAINTIFF'S STATUS CONFERENCE MEMORANDUM |
| NATIONSTAR MORTGAGE, LLC, a limited liability company; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a Division of Old Republic National Title Insurance Company, AURORA BANK FSB, a national association, HOME SAVINGS OF AMERICA, a Federal Savings Association, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS"), a corporation, and DOES 1 THROUGH 50 INCLUSIVE, | Date: February 24, 2013<br>Time: 10:00 a.m.<br>Courtroom: Magistrate Judge Kellison<br>Action filed: September 12, 2013<br>Action removed: October 17, 2013 |
| Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT, THE MAGISTRATE JUDGE, ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff James Bailey ("Plaintiff") submits the following status conference memorandum.

Plaintiff's Status Conference Memorandum                                                    -1-

1. <u>Service of process</u>: Plaintiff believes that all parties have been served.

2. <u>Possible joinder</u>: Plaintiff does not expect to join any additional parties to this action. Plaintiff expects that amendment of the complaint may eliminate some parties.

3. <u>Any expected or desired amendment of the pleadings</u>: A motion to dismiss has been briefed and submitted. Plaintiff expects to draft and file an amended complaint. Plaintiff expects that an amended complaint will remove any claims for relief based upon federal law, and that an amended complaint will be filed within fifteen (15) days of an order on the motion to dismiss.

4. <u>Jurisdiction and venue</u>: Plaintiff does not believe this action should be in federal court. Only state law claims based upon California real property law are the basis for this action. Plaintiff expects that, upon filing an amended complaint, to file a motion requesting this action be remanded to the Shasta County Superior Court.

5. <u>Anticipated motions</u>: Plaintiff expects to file a motion requesting remand within the next sixty days. If Plaintiff's motion is denied, Plaintiff expects Defendants to file a second motion to dismiss. Plaintiff expects that motion to be denied. Plaintiff expects that, upon completion of discovery, he will file a motion for summary judgment or summary adjudication.

6. <u>Proposed discovery plan</u>: Plaintiff proposes the following discovery plan:
   a. Initial disclosures under *Fed. R. Civ. P.* 26: Due on or before <u>March 28, 2014</u>.
   b. Initial interrogatories: Responses due on or before <u>April 25, 2014</u>.
   c. Requests for Production of Documents: Responses due on or before <u>May 30, 2014</u>.
   d. Requests for Admission: Responses due on or before <u>July 7, 2014</u>.
   e. Depositions: Noticed and concluded on or before <u>August 29, 2014</u>.
   f. Follow-up interrogatories: Responses due on or before <u>October 17, 2014</u>.
   g. Expert depositions: Noticed and concluded on or before <u>November 7, 2014</u>.

7. <u>Settlement</u>: Plaintiff expects this action to be remanded to the Shasta County Superior Court. However, Plaintiff suggests a voluntary settlement conference or early neutral evaluation for March, 2014. Plaintiff does not oppose referral to the Court's Voluntary Dispute Resolution Program.

1    8.   Future Proceedings:   Plaintiff has set forth proposed discovery deadlines above.
2  Plaintiff suggests a discovery deadline of November 21, 2014. Plaintiff suggests a motion deadline of
3  December 12, 2014. Plaintiff suggests a pre-trial before December 31, 2014. Plaintiff expects a trial
4  date in early January, 2015.

5    9.   Modification of Standard Procedures:   Plaintiff does not believe any
6  modifications are necessary or desirable.

7    10.  Related cases: Plaintiff does not know of any related cases.

8    11.  Stipulation to the Magistrate Judge:   Plaintiff has signed the Stipulation to Magistrate
9  Judge Kellison. Plaintiff would prefer to have any settlement conference before another judicial
10 officer.

11   12.  Other matters. Plaintiff is aware of no other matters that may add to the just and
12 expeditious disposition of this action.

14 Dated: February 17, 2014            Respectfully submitted,

                                       _____
                                       James Bailey, Plaintiff in pro per