# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAILEY,                                              No. 2:13-cv-2166-JAM-CMK

       Plaintiff,

  vs.                                                                <u>ORDER</u>

NATIONSTAR MORTGAGE, LLC, et al.,

       Defendants.

_____ /

       Plaintiff, proceeding pro se, brings this civil action.  This action was removed to this court on October 17, 2013, from the Shasta County Superior Court.  This matter is set for an initial scheduling conference on February 26, 2014, before the undersigned in Redding, California.  Also pending before the court is defendants' motion to dismiss.  The court finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved.  Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for February 26, 2014, is vacated, to be reset following final resolution of the pending motion to dismiss, if appropriate.

DATED: February 24, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE