UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAILEY | No. 2:13-cv-2166-JAM-CMK |
| Plaintiffs, | |
| v. | **ORDER** |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendants. | |

Plaintiffs, proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 29, 2014, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2014, are adopted in full;

/ / /

/ / /

1

2. This defendants' motion to dismiss (Doc. 6) is granted, without leave to amend; and

3. The Clerk of the Court is directed to enter judgment and close this case.

DATED: October 22, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE